| | |
|---|---|
| 1 | RONALD K. LOSCH (State Bar No. 98170) |
| | MARK R. MEYER (State Bar No. 238231) |
| 2 | LOSCH & EHRLICH |
| | 425 California St., Ste. 2025 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 956-8400 |
| 4 | Facsimile: (415) 956-2150 |
| | Email: rl@losch-ehrlich.com |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | ROBERT CARTER AND BOBBIE CARTER |
| 7 | IVOR E. SAMSON (State Bar No. 52767) |
| | SARAH RATCLIFFE CHOI (State Bar No. 222261) |
| 8 | SNR DENTON US LLP |
| | 525 Market Street, 26th Floor |
| 9 | San Francisco, CA 94105-2708 |
| | Telephone: (415) 882-5000 |
| 10 | Facsimile: (415) 882-0300 |
| | Email: ivor.samson@snrdenton.com |
| 11 |        Sarah.choi@snrdenton.com |
| 12 | Attorneys for Defendants |
| | BRPS LLC (f/k/a GMAC HOME SERVICES |
| 13 | LLC); REAL LIVING REAL ESTATE, LLC, |
| | (f/k/a GMAC REAL ESTATE LLC); |
| 14 | BROOKFIELD ASSET MANAGEMENT INC.; |
| | REAL LIVING, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CARTER AND BOBBIE CARTER, | Case No. 12-CV-02288 MEJ |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER REGARDING MEET AND CONFER DEADLINES |
| vs. | |
| PACIFIC UNION REAL ESTATE GROUP, LTD.; GMAC HOME SERVICES, LLC; GMAC REAL ESTATE; REAL LIVING; BROOKFIELD RESIDENTIAL PROPERTY SERVICES; BROOKFIELD ASSET MANAGEMENT INC.; and DOES 1-50 inclusive, | |
| Defendants. | |

## STIPULATION

Per the Court's May 7, 2012 Order Setting Initial Case Management Conference and ADR Deadlines ("Order"), July 19, 2012 is the last day to:

- Meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan;
- File ADR Certification signed by Parties and Counsel; and
- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

On June 13, 2012, Plaintiffs filed a Motion to Remand. The hearing on Plaintiffs' Motion is scheduled for July 19, 2012. On June 20, 2012, the parties participated in a half day mediation session with Judge Sabraw (Ret.).

In light of Plaintiffs' Motion to Remand, the parties stipulate and agree as set forth below, and respectfully request that the Court approve and give effect to their stipulation:

1. The parties shall meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan no later than July 26, 2012;

2. The parties shall file ADR Certification signed by Parties and Counsel no later than July 26, 2012;

3. File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference no later than July 26, 2012.

4. All other dates set forth in the Court May 7, 2012 Order shall remain as is.

IT IS SO STIPULATED ON JUNE 26, 2012.

By____//S//_____        By____//S//_____
    **On Behalf of Plaintiffs**                      **On Behalf of Defendants**

Ronald K. Losch                              Ivor E. Samson
Mark R. Meyer                                Sarah R. Choi
LOSCH & EHRLICH                              SNR Denton US LLP
425 California St., Ste. 2025                525 Market Street, 26th Floor
San Francisco, CA 94104                      San Francisco, CA 94105

ATTORNEYS FOR PLAINTIFFS                     ATTORNEYS FOR DEFENDANTS

1  **~~PROPOSED~~ ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _June 26, 2012_

4

5  Hon. Maria-Elena James
   United States Magistrate Judge

**CERTIFICATION**

I, Ivor E. Samson, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Meet and Confer Deadlines.  In compliance with General Order 45.X.B. I hereby attest that counsel for all parties concurred in this filing.

Dated:   June 26, 2012                                               /s/
                                                                         Ivor E. Samson

27391299\V-1