1 | RONALD K. LOSCH (State Bar No. 98170)
  | MARK R. MEYER (State Bar No. 238231)
2 | LOSCH & EHRLICH
  | 425 California St., Ste. 2025
3 | San Francisco, CA  94104
  | Telephone: (415) 956-8400
4 | Facsimile: (415) 956-2150
  | Email: rl@losch-ehrlich.com
5 |
  | Attorneys for Plaintiffs
6 | ROBERT CARTER AND BOBBIE CARTER

7 | IVOR E. SAMSON  (State Bar No. 52767)
  | SARAH RATCLIFFE CHOI (State Bar No. 222261)
8 | SNR DENTON US LLP
  | 525 Market Street, 26th Floor
9 | San Francisco, CA 94105-2708
  | Telephone: (415) 882-5000
10 | Facsimile: (415) 882-0300
  | Email: ivor.samson@snrdenton.com
11 |         Sarah.choi@snrdenton.com

12 | Attorneys for Defendants
  | BRPS LLC (f/k/a GMAC HOME SERVICES
13 | LLC); REAL LIVING REAL ESTATE, LLC,
  | (f/k/a GMAC REAL ESTATE LLC);
14 | BROOKFIELD ASSET MANAGEMENT INC.;
  | REAL LIVING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROBERT CARTER AND BOBBIE CARTER, | Case No. 12-CV-02288 MEJ |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER REGARDING MEET AND CONFER DEADLINES |
| vs. | |
| PACIFIC UNION REAL ESTATE GROUP, LTD.; GMAC HOME SERVICES, LLC;  GMAC REAL ESTATE; REAL LIVING; BROOKFIELD RESIDENTIAL PROPERTY SERVICES; BROOKFIELD ASSET MANAGEMENT INC.; and DOES 1-50 inclusive, | |
| Defendants. | |

## STIPULATION

Per the Court's May 7, 2012 Order Setting Initial Case Management Conference and ADR Deadlines ("Order"), July 19, 2012 is the last day to:

- Meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan;
- File ADR Certification signed by Parties and Counsel; and
- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

On June 13, 2012, Plaintiffs filed a Motion to Remand.  The hearing on Plaintiffs' Motion is scheduled for July 19, 2012.  On June 20, 2012, the parties participated in a half day mediation session with Judge Sabraw (Ret.).

In light of Plaintiffs' Motion to Remand, the parties stipulate and agree as set forth below, and respectfully request that the Court approve and give effect to their stipulation:

1. The parties shall meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan no later than July 26, 2012;

2. The parties shall file ADR Certification signed by Parties and Counsel no later than July 26, 2012;

3. File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference no later than July 26, 2012.

4. All other dates set forth in the Court May 7, 2012 Order shall remain as is.

IT IS SO STIPULATED ON JUNE 26, 2012.

By    //S//  
**On Behalf of Plaintiffs**

Ronald K. Losch  
Mark R. Meyer  
LOSCH & EHRLICH  
425 California St., Ste. 2025  
San Francisco, CA  94104

ATTORNEYS FOR PLAINTIFFS

By    //S//  
**On Behalf of Defendants**

Ivor E. Samson  
Sarah R. Choi  
SNR Denton US LLP  
525 Market Street, 26th Floor  
San Francisco, CA 94105

ATTORNEYS FOR DEFENDANTS

1 | **~~PROPOSED~~ ORDER**

2 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated: June 26, 2012

4 |
5 | Hon. Maria-Elena James
United States Magistrate Judge

1 **CERTIFICATION**

2     I, Ivor E. Samson, am the ECF User whose identification and password are being used

3 to file this Stipulation and [Proposed] Order Regarding Meet and Confer Deadlines.  In

4 compliance with General Order 45.X.B. I hereby attest that counsel for all parties concurred in

5 this filing.

6 Dated:   June 26, 2012                                                                          /s/

7                                                                                   Ivor E. Samson

28 27391299\V-1

- 3 -

Case No. 12-CV-02288 MEJ                                                     STIPULATION AND [PROPOSED] ORDER