UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT CARTER and BOBBIE CARTER, | Case No. 12-2288 MEJ |
| Plaintiffs, | |
| v. | **ORDER REQUESTING SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION TO REMAND (RE: DOCKET NO. 6)** |
| PACIFIC UNION REAL ESTATE GROUP, LTD.; GMAC HOME SERVICES, LLC; GMAC REAL ESTATE; REAL LIVING; BROOKFIELD RESIDENTIAL PROPERTY SERVICES; BROOKFIELD ASSET MANAGEMENT INC.; and DOES 1-50 inclusive, | |
| Defendants. | |

The Court has reviewed the papers in connection with Plaintiffs' Motion to Remand, filed on June 13, 2012. Dkt. No. 6. In their Opposition, Defendants — in arguing that Pacific Union is a sham defendant — point out that Plaintiffs' Complaint does not seek any relief from Pacific Union; rather, the Complaint only asserts claims against Pacific Union's successors and/or alter egos. Dkt. No. 11. According to Defendants, Plaintiffs' first and fourth causes of action (the sole claims asserted directly against Pacific Union) only seek, respectively, to add other Defendants to the underlying stipulated judgment and to recover from other Defendants who obtained a distribution of assets from Pacific Union. *Id.*

Plaintiffs do not address this issue at all in their Reply. Dkt. No. 14. The Court shares Defendants' concerns that the manner in which Plaintiffs' Complaint is currently drafted only seeks relief from other Defendants besides Pacific Union. Accordingly, the Court ORDERS Plaintiffs to submit supplemental briefing that addresses only this issue. Plaintiffs' supplemental brief shall be limited to three pages and must be filed by Monday, July 16, 2012 at 10:00 a.m. Upon receipt of

Plaintiffs' supplemental briefing, the Court shall determine if a response from Defendants is necessary prior to the July 19 hearing.

**IT IS SO ORDERED.**

Dated: July 11, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

2