UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT CARTER and BOBBIE CARTER, | Case No. 12-2288 MEJ |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING** |
| PACIFIC UNION REAL ESTATE GROUP, LTD.; GMAC HOME SERVICES, LLC; GMAC REAL ESTATE; REAL LIVING; BROOKFIELD RESIDENTIAL PROPERTY SERVICES; BROOKFIELD ASSET MANAGEMENT INC.; and DOES 1-50 inclusive, | |
| Defendants. | |

This matter is currently scheduled for a hearing regarding Plaintiff's Motion to Remand (Dkt. No. 6) on July 19, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the July 19 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: July 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge